IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN BECK AMAZING PROFITS, LLC<br><br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., ET AL,<br><br>    Defendants. | No. 2:09-cv-00151 |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, David Pridham, enters his appearance in this matter for Plaintiff, John Beck Amazing Profits, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 26th day of May, 2009.

                                                           Respectfully submitted,

                                                           By: \s\ *David Pridham*
                                                               David Pridham
                                                                R.I. State Bar No. 6625
                                                                Law Office of David Pridham
                                                                25 Linden Road
                                                                Barrington, Rhode Island 02806
                                                               E-mail: david@pridhamiplaw.com
                                                               401-633-7247 - Telephone
                                                               401-633-7247 - Fax

# CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of May, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*\s\ David Pridham*