IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN BECK AMAZING PROFITS, LLC<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC. AND AOL LLC<br><br>    Defendants. | Civil Action No. 2:09-cv-000151-TJW-CE<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL REQUESTED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David T. Moran, of Jackson Walker L.L.P., is entering an appearance as counsel in this matter for Defendants Google Inc. and AOL LLC for the purpose of receiving notices and orders from the Court.

NOTICE OF APPEARANCE – PAGE 1

Respectfully submitted,

/s/ David T. Moran
CHARLES L. "CHIP" BABCOCK
Texas State Bar No. 01479500
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6030
(214) 953-5822- Fax
Email: cbabcock@jw.com

DAVID T. MORAN
Texas State Bar No. 14419400
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6051
(214) 661-6677 - Fax
Email: dmoran@jw.com

CARL C. BUTZER
Texas State Bar No. 03545900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANTS GOOGLE INC. and AOL LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 3, 2009.

    /s/ David T. Moran
    David T. Moran