# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **JOHN BECK AMAZING PROFITS, LLC** **Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>(1)   GOOGLE INC.; and<br>(2)   AOL, LLC<br><br>Defendants. | Civil Action No. 2:09-cv-00151<br><br>JURY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Marc A. Fenster, enters his appearance in the above-referenced proceedings for the Plaintiff, John Beck Amazing Profits, LLC ("Beck"). Beck respectfully requests that the Court take note of this Notice of Appearance and make Marc A. Fenster one of the attorneys of record for Beck in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Marc A. Fenster at the address set forth below.

Dated: September 3, 2009                        Respectfully submitted,

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar No. 181067
E-mail:  mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

**Attorneys for Plaintiff**
**JOHN BECK AMAZING PROFITS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on September 3, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: September 3, 2009                /s/ Marc A. Fenster
                                        Marc A. Fenster