IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>(1)    GOOGLE, INC.; and<br>(2)    AOL, LLC<br><br>                Defendants. | Civil Action No. 2:09-CV-00151 TJW-CE<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Came before the Court, Plaintiffs' Opposed Motion for Leave to File First Amended Complaint pursuant to F.R.C.P. 15(c). The Opposed Motion is GRANTED.

It is ORDERED that Plaintiffs may file the First Amended Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on September 17, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: September 17, 2009　　　　　　　　　/s/ Marc A. Fenster
　　　　　　　　　　　　　　　　　　　　　　　Marc A. Fenster