IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>(1)   GOOGLE, INC.; and<br>(2)   AOL, LLC<br><br>            Defendants. | Civil Action No. 2:09-CV-00151 TJW-CE<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Plaintiffs' Motion for Leave to File First Amended Class Action Complaint pursuant to F.R.C.P. 15(c). (Dkt. No. 14) Defendants are not opposed. (Dkt. No. 16)

The Motion is GRANTED.

It is ORDERED that Plaintiffs may file the First Amended Complaint.

SIGNED this 21st day of October, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com