UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN BECK AMAZING PROFITS, LLC | § § § | Civil Action No. 2:09-cv-00151-TJW-CE |
| Individually and on Behalf of All Others Similarly Situated, | § § | |
| Plaintiff, | § § § | |
| v. | § § | CLASS ACTION COMPLAINT |
| (1) GOOGLE, INC.; AND (2) AOL, LLC | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § § § | |

**ORDER GRANTING DEFENDANTS'
MOTION TO CONSOLIDATE CLASS DISCOVERY**

Before the Court is Defendants Google Inc. and AOL LLC's Motion to Consolidate Class Discovery. Having reviewed the motion, the Court is of the opinion that it is well-taken and should be GRANTED. Accordingly, the Court GRANTS Defendants Google Inc. and AOL LLC's Motion to Consolidate Class Discovery.

IT IS THEREFORE ORDERED that Civil Action Number 2:09-cv-00151-TJW-CE, styled as *John Beck Amazing Profits, LLC v. Google Inc. & AOL LLC*, is hereby consolidated with Civil Action Number 2:09-cv-00142-TJW-CE, styled as *FPX, LLC v. Google Inc., YouTube, LLC, AOL LLC, Turner Broadcasting System, Inc., MySpace, Inc. and IAC/InterActiveCorp*, for the limited purpose of conducting class discovery.

Dockets.Justia.com