IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>(1) GOOGLE, INC.; AND<br>(2) AOL, LLC<br><br>　　　　　　　　Defendants. | Civil Action No. 2:09-cv-00151-TJW-CE<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiffs The Rodney A. Hamilton Living Trust and John Beck Amazing Profits, LLC, individually and on behalf of all others similarly situated and Defendants Google Inc. and AOL LLC, respectfully request the Court enter the attached Docket Control Order.

| | |
|---|---|
| Dated: November 5, 2009 | By: /s/ Raquel Vallejo<br>Marc A. Fenster, CA Bar # 181067<br>Email: mfenster@raklaw.com<br>Raquel Vallejo, CA Bar # 186667<br>Email: rvallejo@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>Telephone:　　310/826-7474<br>Facsimile:　　310/826-6991 |

Attorneys for Plaintiffs THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated

By: /s/ Carl C. Butzer
Carl C. Butzer, TX Bar # 03545900
Email: cbutzer@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214/953-5902
Facsimile: 214/661-6609

Charles L. "Chip" Babcock, TX Bar # 01479500
Email: cbabcock@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214/953-6030
Facsimile: 214/953-5822

David T. Moran, TX Bar No. 14419400
Email: dmoran@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214/953-6051
Facsimile: 214/661-6677

Attorneys for Defendants
GOOGLE INC. and AOL LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 5, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 5, 2009                          /s/ *Raquel Vallejo*
                                                                   Raquel Vallejo