IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>(1) GOOGLE, INC.; and<br>(2) AOL, LLC<br><br>Defendants. | Civil Action No. 2:09-CV-00151 TJW-CE<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANTS GOOGLE, INC. AND AOL LCC'S MOTION TO CONSOLIDATE CLASS DISCOVERY (DOC # 20)**

After review of Defendants Google, Inc. and AOL LCC's Motion To Consolidate Class Discovery (Doc # 20), the entire record in this case and in light of the Court's rulings at the October 26, 2009 Status Conference, including that the instant case and the FPX cases be coordinated for discovery purposes

**IT IS HEREBY ORDERED** that Defendants' Motion to Consolidate Class Discovery is DENIED.

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 6, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 6, 2009                         /s/ Marc A. Fenster
                                                Marc A. Fenster