**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**(1) GOOGLE, INC.; AND**<br>**(2) AOL, LLC**<br><br>**Defendants.** | **Civil Action No. 2:09-cv-00151-TJW-CE**<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DISCLOSURE**

Plaintiffs The Rodney A. Hamilton Living Trust and John Beck Amazing Profits, LLC ("Plaintiffs") notify the Court and all counsel of record that today it disclosed to counsel for Defendants AOL LLC and Google, Inc. the Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1). These disclosures were served by electronic mail and first class mail.

Dockets.Justia.com

Respectfully submitted,

Dated: November 25, 2009

**THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC**

By: /s/ Marc A. Fenster
Larry C. Russ, CA Bar # 082760
E-mail: lruss@raklaw.com
Marc A. Fenster, CA Bar # 181067
E-mail: mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone:    310/826-7474
Facsimile:    310/826-6991

Scott M. Kline – LEAD COUNSEL
TX Bar # 11573100
E-mail: scottkline@andrewskurth.com
ANDREWS KURTH LLP
1711 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:    214/659-4400
Facsimile:    214/659-4401

Harold Kip Glasscock, Jr., TX Bar # 08211000
E-mail: kipglasscock@hotmail.com
KIP GLASSCOCK, P.C.
550 Fannin, Suite 1350
Beaumont, Texas 77701
Telephone:    409/833-8822
Facsimilie:    409/838-4666

David M. Pridham, RI Bar # 6625
E-mail: david@pridhamiplaw.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone:    401/633-7247
Facsimile:    401/633-7247

Andrew W. Spangler, TX Bar # 24041960
E-mail: spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green Street, Suite 300

Longview, Texas 75601
Telephone:     903/753-9300
Facsimile:     903/553-0403

**Attorneys for Plaintiffs**
**THE RODNEY A. HAMILTON LIVING TRUST and**
**JOHN BECK AMAZING PROFITS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 25, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: November 25, 2009                    /s/ Marc A. Fenster
                                            Marc A. Fenster