UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN BECK AMAZING PROFITS, LLC | |
| v. | No. 2:09-cv-151 |
| GOOGLE, INC., ET AL | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, John Beck Amazing Profits, LLC ("BECK") moves this court for an order permitting the withdrawal of Debera Hepburn from representation of BECK in this action. BECK's other counsel remain of record.

BECK does not oppose the withdrawal, and the withdrawal of Debera Hepburn will not have a materially adverse affect on BECK as it is still represented by competent counsel who are fully capable of representing the interests of BECK. Defendants are unopposed to this motion.

Additionally, BECK requests that Debera Hepburn no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, BECK requests this Court to grant the Motion to Withdraw.


February 26, 2010                                 Respectfully submitted,

                                                  John Beck Amazing Profits, LLC

By: /s/ *Debera W. Hepburn*
Debera W. Hepburn
Texas State Bar No. 24049568
Hepburn Law Firm PLLC
P.O. Box 118218
Carrollton, Texas 75011
Telephone: 214/403-4882
Facsimile: 888/205-8791
E-mail: dhepburn@heplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: February 26, 2010

/s/ *Debera W. Hepburn*
Debera W. Hepburn

**CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel of record for the Defendants by email, and Defendants do not oppose this motion.

Dated: February 26, 2010

/s/ *Debera W. Hepburn*
Debera W. Hepburn