UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE RODNEY A. HAMILTON LIVING TRUST and JOHN BECK AMAZING PROFITS, LLC, Individually and on Behalf of All Others Similarly Situated, | § § § § § | Civil Action No. 2:09-cv-00151-DF |
| Plaintiffs, | § § | CLASS ACTION COMPLAINT |
| v. | § § | |
| (1) GOOGLE INC.; AND (2) AOL LLC, | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs The Rodney Hamilton Living Trust and John Beck Amazing Profits, LLC (hereafter "Plaintiffs") and Defendants Google Inc. and AOL Inc. (hereafter "Defendants") stipulate as follows:

1. Plaintiffs dismiss with prejudice all claims and causes of action brought in this lawsuit, or that could have been brought in this lawsuit, as to all Defendants.

2. Defendants dismiss with prejudice all counterclaims brought in this lawsuit, or that could have been brought in this lawsuit, as to both Plaintiffs.

3. Each party shall bear their own costs and attorneys' fees.

The Parties have agreed to this dismissal with prejudice as indicated by the signature of their counsel below.

Dated this 1st day of December, 2011.

        Respectfully submitted,

/s/ Marc A. Fenster
Marc A. Fenster
CA Bar No. 181067
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310)826-6991
Email: mfenster@raklaw.com

ATTORNEYS FOR PLAINTIFFS


/s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
Texas State Bar No. 01479500
DAVID T. MORAN
Texas State Bar No. 14419400
CARL C. BUTZER
Texas State Bar No. 03545900
SHANNON ZMUD TEICHER
Texas State Bar No. 24047169

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6030
(214) 953-5822 - Fax
Email: cbabcock@jw.com

GEORGE L. MCWILLIAMS
Texas State Bar No. 13877000
Law Office of George L. McWilliams, P.C.
Post Office Box 58
Texarkana, Texas-Arkansas 75504
(870) 772-2055
(870) 772-0513 – Fax
Email: glmlawoffice@gmail.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2011, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, December 1, 2011.

/s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK